FILED
01 MAR 20 PM 3: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RODOLFO RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO.99-RRA-1277-NE |
| ) | |
| WARDEN CHARLES BOUTWELL, et al,) | |
| ) | |
| Respondents. ) | |

ENTERED
MAR 2 0 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 20th day of March, 2001.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation filed in this case on March 2, 2001, was returned marked "Return to Sender, Undeliverable as Addressed."

